UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| DILLARD J. TORANE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>KRIER FOODS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 14-CV-725-JPS<br><br><br>ORDER |

The parties filed a stipulation requesting dismissal of this matter on January 8, 2015. (Docket #11). In it, they request that this case be dismissed in its entirety with prejudice and without costs to either party. *Id.* Now, pursuant to Rule 41(a)(1)(A)(ii), the Court will grant that request and dismiss this case in keeping with the parties' stipulation.

Accordingly,

IT IS ORDERED that, pursuant to the stipulation of the parties (Docket #11) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter be and the same is hereby DISMISSED with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 14th day of January, 2015.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge